IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL PRIMUS,                                              No. C 13-05804 SI

       Plaintiff,                                        **PRETRIAL PREPARATION ORDER**

  v.

ONE WORLD TECHNOLOGIES,

       Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 27, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 6, 2015.

DESIGNATION OF EXPERTS: pltf: 2/27/14, deft: 3/20/15; REBUTTAL: 3/30/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 13, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by January 9, 2015;

   Opp. Due January 23, 2015;  Reply Due January 30, 2015;

   and set for hearing no later than February 13, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 21, 2015 at 3:30 PM.

JURY TRIAL DATE: May 4, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/17/14                                                                          SUSAN ILLSTON
                                                                  United States District Judge