AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of __CALIFORNIA__

| DANIEL PRIMUS | |
|---|---|
| Plaintiff (s), | CONSENT ORDER GRANTING |
| V. | SUBSTITUTION OF ATTORNEY |
| ONE WORLD TECHNOLOGIES, INC., et al | |
| Defendant (s), | CASE NUMBER: 3:13-CV-05804-SI |

Notice is hereby given that, subject to approval by the court, __DANIEL PRIMUS__ substitutes
(Party (s) Name)

__Federico C. Sayre, Esq., for TREYZON & ASSOCIATES__, State Bar No. __67420__ as counsel of record in place
(Name of New Attorney)

place of __Federico C. Sayre, Esq., for SAYRE & LEVITT, LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: TREYZON & ASSOCIATES
Address: 6 Hutton Centre Drive, Suite 600, Santa Ana, CA 92707
Telephone: (714) 382-6795     Facsimile (714) 716-8445
E-Mail (Optional): Fred@Treyzon.com

I consent to the above substitution.                   DANIEL PRIMUS
Date: 11-20-2014                                       /s/ Daniel Primus
                                                       (Signature of Party (s))

I consent to being substituted.                        Federico C. Sayre Esq. (SAYRE & LEVITT, LLP)
Date: 08-31-2014                                       /s/ Federico Sayre
                                                       (Signature of Former Attorney (s))

I consent to the above substitution.                   Federico C. Sayre Esq. (TREYZON & ASSOCIATES)
Date: 11-20-2014                                       /s/ Federico Sayre
                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/25/14                                         /s/ Susan Illston
                                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]