UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PRIMUS, an individual, | CASE NO.:3:13-CV-05804-SI |
| Plaintiff, | Assigned for all purposes to: Judge Susan Illston |
| Plaintiff, | Courtroom: G |
| vs. | [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC., HOME DEPOT U.S.A., INC. and DOES 1 through 25, inclusive, | |
| Defendants. | Case Removed: 12/16/13<br>Trial Date: None Set |

**IT IS HEREBY ORDERED:**

That Plaintiff Daniel Primus dismisses the entire action, with prejudice, pursuant to the terms of the Settlement Agreement in this matter with each party to mutually waive all costs and attorneys fees.

DATED: 2/13/15

_____
Hon. Susan Illston
United States District Court Judge

1

[PROPOSED ORDER]